UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 11-cr-40-01-JL

<u>Troy Arnold</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 46) filed by defendant is granted in part; the continuance is limited to 60 days. Final Pretrial is rescheduled to March 26, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m.

Defendant has already filed a waiver of speedy trial. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: January 9, 2012

cc: Theodore Lothstein, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation