UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Criminal No. 11-cr-40-01-JL

<u>Troy Arnold</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 60) filed by defendant is granted; Final Pretrial is rescheduled to May 24, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    Joseph N. Laplante
                                                  United States District Judge

Date: March 6, 2012

cc: Theodore Lothstein, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation