UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.         Criminal No. 11-cr-40-01-JL

Troy Arnold

O R D E R

The assented to motion to reschedule jury trial (document no. 66) filed by defendant is granted; Final Pretrial is rescheduled to July 25, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning August 7, 2012, 9:30 a.m.

Defendant has already filed a waiver of speedy trial rights, Document #67. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: May 18, 2012

cc: Theodore Lothstein, Esq.
  Terry Ollila, Esq.
  U.S. Marshal
  U.S. Probation